# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   RISA J. BIHLMAYER                                    Case Number: 04-74912
         5410 CHANCERY WAY                 SSN-xxx-xx-3422
         LAKE IN THE HILLS, IL  60156

|  |  |
|---|---|
| Case filed on: | 10/4/2004 |
| Plan Confirmed on: | 1/7/2005 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $24,272.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | ATTORNEY GARY C FLANDERS | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  |  |  |  |  |  |
| 005 | FIRST REVENUE ASSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BOGDAN MARTINOVICH | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | SEARS ROEBUCK & CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ALEGIS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | THE LANG COMPANIES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | RISA J. BIHLMAYER | 0.00 | 0.00 | 960.94 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 960.94 | 0.00 |
|  |  |  |  |  |  |
| 001 | GENERAL MOTORS ACCEPTANCE CORP | 5,500.00 | 5,500.00 | 5,500.00 | 0.00 |
| 002 | SUCCESS BANK/BANK FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 5,500.00 | 5,500.00 | 5,500.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | GENERAL MOTORS ACCEPTANCE CORP | 39.04 | 39.04 | 39.04 | 0.00 |
| 003 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DISCOVER FINANCIAL SERVICES | 6,461.22 | 6,461.22 | 6,461.22 | 0.00 |
| 007 | GREG WOITACH | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
| 008 | JEAN BASLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | GRUBB & ELLIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NCM TRST | 4,757.47 | 4,757.47 | 4,757.47 | 0.00 |
| 014 | THE UPS STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ELAN/FIRSTAR CARD SERVICES | 1,852.65 | 1,852.65 | 1,852.65 | 0.00 |
| 016 | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | BASLER MANN CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | JEAN BASLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | JEAN BASLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | JEAN BASLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | JEAN BASLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CAMILLE BECKMAN CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | THE LANG COMPANIES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 14,110.38 | 14,110.38 | 14,110.38 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 21,810.38 | 21,810.38 | 22,771.32 | 0.00 |

Total Paid Claimant:      $22,771.32
Trustee Allowance:         $1,500.68
Percent Paid Unsecured:      100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

     /s/ Lydia S. Meyer
   Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan